General Complaint

FILED
OCT - 2 2023
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ROBERT C. CARR

Case Number: 6:23cv492 JCB/KNM

List the full name of each plaintiff in this action.

VS.

DAVID BOWEN

TARGET DISTRIBUTION CENTER

HUMAN RESOURCES PERSONNEL

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

NA

C. Results of the conference with counsel:

_NA_

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ____Yes __✓__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.
_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1 David Bowen Robert C. Carr
   112 W Barrett St.
   Tyler, TX 75702

   Pla #2 Target Distribution Center
   13786 County Rd 433
   Tyler, TX 75706

   B.   List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: David Bowen, Operations Manager
   Target Distribution Center
   13786 County Rd 433, Tyler, TX 75706

   Dft #2: Jolissa - Human Resources Personnel
   Target Distribution Center
   13786 County Rd 433, Tyler, TX 75706

   Dft #3 Target Corporate Office Manager
   Target Headquarters: 1000 Nicollet Mall
   Minneapolis, MN 55403

   Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

Dave Bowen wrote fabricated incidents in Corrective Actions that led to Termination. He stretched the truth of the first 3 with partially untrue statements that can be proved. Jolissa, whom last name I don't recall, is the Human Resource person who went along with these lies in support of Dave Bowen's half factual allegations without conducting an investigation to substantiate his allegations.

The Target Corporation, after I filed a Grievance relevant to Dave Bowen vindictive actions and subsequent Corrective Actions, along with Jolissa, did not followup with an investigation of the fact in CR's.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I want damages of Punitive, lost wages for 10 years, lost 401K losses, Medical, Dental, Vision, lost plus 3 million due to the stress caused by losing a job that is the main focus for paying bills, and a way of life

Signed this __2nd__ day of __October__, 20__23__.
                                                (Month)                     (Year)

Robert C. Carr
112 W. Barrett St
Tyler, Tx 75702

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __10/02/2023__
              Date

Robert C Carr
112 W. Barrett St
Tyler, Tx 75702
          Signature of each plaintiff