IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT C. CARR, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 6:23-CV-492-JCB-KNM |
| DAVID BOWEN, *et al.* | § § § | |
| *Defendants.* | § § § | |

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Rober C. Carr, proceeding pro se and seeking to proceed in forma pauperis, filed the above-styled lawsuit on October 2, 2023. Doc. No. 1.

On October 6, 2023, the Court ordered Plaintiff to file an amended complaint within thirty (30) days addressing the fact that his complaint fails to establish that this Court has jurisdiction over the case. On October 12, the Court received an acknowledgment of receipt. The receipt was signed by Plaintiff, but the Date of Delivery field was blank. *See* Doc. No. 5. The October 6 Order warned Plaintiff that the complaint may be dismissed if he failed to amend it as ordered. To date, Plaintiff has not filed an amended complaint. Plaintiff's complaint should be dismissed for failure to prosecute. FED. R. CIV. P. 41(b).

**RECOMMENDATION**

The Court recommends that the complaint be **DISMISSED without prejudice** for failure to prosecute. FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate

1

judge. 28 U.S.C. § 636(b)(1)(C). To be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 15th day of November, 2023.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE