IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROBERT C. CARR, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CASE NO. 6:23-CV-492-JDK-KNM |
| DAVID BOWEN, *et al.*, § | |
| § | |
| *Defendants.* § | |

**FINAL JUDGMENT**

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **19th** day of **January, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE